**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TERRY P. HELLER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-5550** |
| | : | |
| **BROOKHAVEN BOROUGH** | | |

## ORDER

**AND NOW**, this 10th day of July 2026, upon considering Defendant Michael Vice's Motion for summary judgment (ECF 47), Plaintiff's Opposition (ECF 50), Defendant Vice's Reply (ECF 53), and finding no genuine issues of material fact as to the Defendant's lack of involvement in the alleged civil rights violations relating to the search of Plaintiff's whereabouts on March 8, 2024 and his qualified immunity as to the arrest of Plaintiff based on the officer's representations to him concerning Plaintiff's conduct to be more fulsomely addressed in a forthcoming Memorandum,[1] it is **ORDERED** we:

1.    **GRANT** Defendant Vice's Motion for summary judgment (ECF 47) requiring we **DISMISS** Defendant Vice; and,

2.    **AMEND** the caption as above.

_____
**KEARNEY, J.**

---

[1] We issue today's Order on Defendant Vice's Motion (ECF 47) after extensive consideration as a courtesy and consistent with Rule 1 to allow the parties more notice without the further delay accompanying finalizing our Memorandum in support of this interlocutory Order.