IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRY P. HELLER | : | CIVIL ACTION |
| Plaintiff, | : | NO. 25-5550 |
| v. | : | |
| BROOKHAVEN BOROUGH | : | |
| | : | |
| Defendant. | | |

**O R D E R**

AND NOW, this 13th day of July 2026, IT IS HEREBY ORDERED that a TELEPHONIC status conference is scheduled before the undersigned on July 14, 2026 at 12:00 p.m. Court staff will email the conference line information.

The senior attorney in charge of the matter for each of the parties is required to personally participate at the conference call.  In the event senior counsel is unable to participate, he or she shall arrange for a representative familiar with the case to be present at the time of the conference call.

BY THE COURT:

*/s/ Caroline Goldner Cinquanto*
CAROLINE GOLDNER CINQUANTO
UNITED STATES MAGISTRATE JUDGE