## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRY P. HELLER, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 25-5550 |
| v. | : | |
| BROOKHAVEN BOROUGH | : | |
| Defendant. | : | |

### SETTLEMENT CONFERENCE ORDER

A settlement conference will be held on **July 27, 2026 at 11:00 a.m.** before the

Honorable Caroline Goldner Cinquanto, United States Magistrate Judge, United States

Courthouse, 601 Market Street, Philadelphia, Pennsylvania in Courtroom 3-D.

**BEFORE THE CONFERENCE:**

- Plaintiff must make a precise and specific written settlement demand, inclusive of all attorney's fees, costs, and damages, on or before **July 20, 2026**.

- Defendants must make a precise and specific written settlement offer on or before **July 22, 2026**.

- Counsel for all parties must submit the attached summary and their **confidential** case synopsis to Chambers_of_Magistrate_Judge_ Goldner_Cinquanto@paed.uscourts.gov on or before **July 24, 2026**. The synopsis should be **no more than five (5) pages in length, single spaced.**

- The synopsis may attach **key** summary expert reports, policy language excerpts, photographs, sketches, diagrams, charts, etc. Only attach **excerpts** which are most relevant to the claims at issue. Relevant portions must be delineated. **Attachments** should be **no more than thirty (30) pages** and should be **separated with labeled divider pages** Judge Goldner Cinquanto may require hard copies of lengthy materials.

- **<u>If settlement is not a real possibility</u>** (*e.g.*, if defendant will not make an offer or will offer only nuisance value), counsel shall notify the Court (jointly or individually) to request a brief telephone conference regarding their status on or before **July 23, 2026.**

- If jointly requested by counsel, Judge Goldner Cinquanto is available for *ex-parte* telephone conferences before the settlement conference. Please contact chambers to arrange a pre-conference call.

**AT THE CONFERENCE**:

- Judge Goldner Cinquanto requires a principal for each party with an interest in the case who has full and complete settlement authority (*i.e.*, authority consistent with the most recent demand) to be present (either on the Zoom, or in person, as applicable) for the entire duration of the conference. If a party requires approval by an insurer to settle, a representative of the insurer with full and complete settlement authority consistent with the most recent demand must be present in addition to the relevant party principal.[1]

**BY THE COURT:**

*/s/ Caroline Goldner Cinquanto*
**HON. CAROLINE GOLDNER CINQUANTO**
*United States Magistrate Judge*
*Eastern District of Pennsylvania*

Date:  July 14, 2026

---

[1] Having a client with settlement authority available by telephone is not an acceptable alternative unless compelling circumstances exist and there is prior approval from Judge Goldner Cinquanto. If a conference must be adjourned or continued to allow a party to obtain additional authority up to the most recent demand, that party may incur sanctions, including, but not limited to, payment of the opposing party's attorney's fees resulting from a need to reconvene.

<u>**SETTLEMENT CONFERENCE SUMMARY**</u>[2]

**CAPTION:** _____

**DISTRICT COURT JUDGE:** _____

**TRIAL POOL DATE:** _____     JURY / NONJURY (Circle One)

**COUNSEL ATTENDING SETTLEMENT CONFERENCE:**

Name:          _____

Address:       _____

Cell Phone:    _____

Client:         _____

**CLIENT ATTENDING SETTLEMENT CONFERENCE:** Individual with full and complete settlement authority who will be present for the entire duration of the settlement conference (include company and position where applicable):

_____

_____

_____

**CURRENT DEMAND/OFFER:**

   **PLAINTIFF(S):** _____

_____

   **DEFENDANT(S):** _____

_____

**IDENTIFY PENDING MOTIONS:**

_____

_____

**OTHER RELEVANT MATTERS (include details regarding any outstanding liens):**

_____

_____

_____

**ATTACH CASE SYNOPSIS** (The synopsis will include a candid discussion of the submitting party's factual and legal strengths and weaknesses in the case as well as an offer/demand settlement proposal and **IS STRICTLY LIMITED TO NO MORE THAN FIVE (5) PAGES SINGLE SPACED.**)

The synopsis should attach **key** summary expert reports, policy language excerpts, photographs, sketches, diagrams, charts, etc. Only attach **excerpts** which are most relevant to the claims at issue. Relevant portions must be delineated. **Attachments** should be **no more than thirty (30) pages** and should be **separated with labeled divider pages** Judge Goldner Cinquanto may require hard copies of lengthy materials.

---

2 Counsel shall familiarize themselves with Judge Goldner Cinquanto's policies and procedures at https://www.paed.uscourts.gov/judges-info/magistrate-judges/caroline-goldner-cinquanto .